UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAKEEM PRICE | CIVIL ACTION |
| VERSUS | NO. 23-2721 |
| APRIL TOMLIN, *et al.* | SECTION M (3) |

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation ("R&R") of the United States Magistrate Judge (R. Doc. 16), and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 20th day of June, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE